IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL C. COOK, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C 07-02642 JW (PR) |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JULIAN ST. INN, | ) | |
| Defendant. | ) | |

    For the reasons stated on the order of dismissal, the complaint is DISMISSED for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A. Judgment is entered accordingly.

    The clerk shall close the file.

DATED:  July 9 2007

JAMES WARE
United States District Judge

Judgment
N:\Pro - Se\7.9.2007\07-2642 Cook02642_judgment.wpd